UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>EFREN GALLEGOS-RAYMUNDO,<br><br>    Defendant. | CASE NO. CR09-013-JLR<br><br>DETENTION ORDER |

<u>Offense charged</u>:     Failure to Appear after Pretrial Release

<u>Date of Detention Hearing</u>:    October 31, 2012.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.     Defendant was charged initially in case number CR08-159, and released on an

DETENTION ORDER
PAGE -1

appearance bond (Dkt. 49). He failed to appear for a scheduled court hearing, and a bench warrant was issued. Defendant was arrested, and has been indicted on a charge of Failure to Appear After Pre-Trial Release.

2.    Defendant's bond has been revoked in Case Number CR08-159, which has been re-set for trial. Defendant does not contest entry of an order of detention in this case.

3.    Defendant poses a risk of nonappearance and a risk of danger due to the nature of the instant charges and the prior failure to appear.

4.    There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and
4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services

01    Officer.

02    DATED this 31st day of October, 2012.

                                            _____
                                            Mary Alice Theiler
                                            United States Magistrate Judge

DETENTION ORDER
PAGE -3