JUDGE ROBART

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EFREN GALLEGOS-RAYMUNDO,<br><br>Defendant | Case #s: CR08-0159, CR09-0013, CR13-0023<br><br>[~~PROPOSED~~] ORDER GRANTING AGREED MOTION TO ESTABLISH BRIEFING SCHEDULE FOR PROCEEDINGS ON REMAND |

The Court having considered the agreement of the parties, the files and records herein, hereby sets the following briefing schedule for the proceedings upon remand in this case:

(1) Defendant shall file any renewed motion for reduction in sentence based on sentencing guideline 782 and 18 U.S.C. Section 3582 by August 1, 2017;
(2) The United States shall file a response to defendant's submission by September 1, 2017; and,
(3) Any reply from the defendant shall be filed by September 8, 2017.

//
/

[PROPOSED] ORDER GRANTING AGREED MOTION TO ESTABLISH BRIEFING SCHEDULE FOR PROCEEDINGS ON REMAND

- 1

1  DONE THIS 24th day of July, 2017

 

JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING AGREED MOTION TO ESTABLISH BRIEFING SCHEDULE FOR PROCEEDINGS ON REMAND

- 2